SEASIDE IMPROVEMENT COMPANY et al., complainants,

*v.*

CITY OF ATLANTIC CITY, defendant.

[Submitted May term, 1933. Decided September 27th, 1933.]

*Messrs. Thompson & Hanstein,* for the complainants.

*Mr. John D. McMullin* and *Mr. Emerson L. Richards,* for the defendant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *110 N. J. Eq. 510, sub nom. Seaside Improvement Co.* v. *Atlantic City Steel Pier Co.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.